N. Y. SANITARY UTILIZATION CO. v. John Purroy MITCHEL, as Mayor, etc., et al. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Motion denied, with $10 costs. Order filed.

NEW YORK & BOSTON DESPATCH EXPRESS CO. v. Howard CARROLL et al., as Exers. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Motion denied, with $10 costs. Order filed.

Louis W. NOEL v. WESTCOTT EXPRESS CO. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Application denied, with $10 costs. Order signed.

Theodosio NOLE, Respt., v. Leonard ABATE, Applt. (Supreme Court, Appellate Division, First Department. June 2, 1916.) Order modified, as stated in order, and, as modified, affirmed, with $10 costs and disbursements to respondent. No opinion. Order filed.

Carl A. NORMAN, respondent, v. ATLANTIC BASIN IRON WORKS, appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1915.) Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the court erred in submitting to the jury the question whether the hack should have been used, inasmuch as the evidence shows that it was never used except when the iron was heated. Jenks, P. J., and Thomas, Carr, and Mills, JJ., concur. Rich, J., votes to affirm.

In the Matter of Charges preferred against Charles E. L. NORRIS, Police Justice, etc. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) As on June 9, 1916, the preferrer of the charges, William E. Dean, withdrew the same, the matter is dismissed, without costs.

Matter of NORTHERN BANK OF NEW YORK. Matter of SUPERINTENDENT OF BANKS, etc. Matter of GIFFORD, HOBBS & BEARD. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Motion granted. Settle order on notice.

NORTHERN WESTCHESTER LIGHTING COMPANY, appellant, v. PRESIDENT AND TRUSTEES OF THE VILLAGE OF OSSINING, respondents. (Supreme Court, Appellate Division, Second Department. November 19, 1915.) Order setting aside verdict and granting new trial affirmed, costs to abide the event. No opinion. Jenks. P. J., and Carr, Mills, Rich, and Putnam, JJ., concur.

Benjamin E. NORTHRUP, respt., v. Charles E. BERMAN, applt. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Judgment and order unanimously affirmed, with costs.

Hellen NUNNEMAKER, as admx., etc., applt., v. ORLEANS COUNTY QUARRY CO., respt. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Judgment affirmed with costs. All concur.

Della NUTE, as execx., etc., respt., v. SHAUGHNESSY CONSTRUCTION CO., applt. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Motion to dismiss appeal granted, unless appellant file and serve printed papers on appeal by September 1, 1916, and pay to respondent's attorney $10.

Bartlett NYE, Respt., v. Emma J. GOVERN, as executrix of Eli J. Govern, deceased, applt. (Supreme Court, Appellate Division, Third Department. May 18, 1916.) Order unanimously affirmed, with $10 costs and disbursements.

David H. OBERSTEIN, etc., appellant, v. David LANTINBERG, respondent. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Motion to dismiss appeal from order of May 1, 1916, granted, with $10 costs. This motion is granted without prejudice to the right of the plaintiff to appeal from the order of April 14, 1916, if no written notice of entry thereof has been served upon his attorney. There is no proof of the fact of service of that notice in the moving affidavits.

OCEANIC INVESTING CO. v. Rudolph A. RODEL, impld., etc. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed.

Edgar ODELL v. John H. NAUGHTON. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Application denied, with $10 costs. Order signed. Motion for stay denied, with $10 costs. Order filed.

OLBISTON CO., applt., v. C. Frank FLOYD, respt. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Judgment and order affirmed, with costs. All concur.

Robert O'MALLEY, plff., v. Albert M. ZIMBRICH, deft. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs. All concur.

Charles A. O'NEIL, respt., v. LEHIGH VALLEY R. CO., applt. (Supreme Court, Appellate Division, Fourth Department. May 10, 1916.) Motion for leave to appeal to Court of Appeals denied, with $10 costs.

Matthew J. O'NEILL, Respt., v. David J. CONROY, Applt. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Benjamin OPPENHEIM v. METROPOLITAN STREET RAILWAY CO. (Supreme Court, Appellate Division, First Department. June 6, 1916.) Motion for stay denied, with $10 costs. Order filed.